DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GRUENTHAL** and **JULIA GRUENTHAL,**
Appellants,

v.

**FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA),** as Statutory Guarantor for **AVATAR PROPERTY & CASUALTY INSURANCE COMPANY,** an insolvent insurer,
Appellee.

No. 4D2024-2908

[March 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case No. 502016CA003490XXXXMB.

Samuel Robert Alexander and Bradley Mathew Beall of Alexander Appellate Law P.A., Jacksonville, for appellants.

Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***